COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00012-CV

 

 


 
 
 In re Laura Ann Tritt
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and both of the
relator’s motions for emergency relief and is of the opinion that all relief
should be denied.  Accordingly, relator’s petition for writ of mandamus and both
of the relator’s motions for emergency relief are denied.

 

PER CURIAM

 

PANEL:
 MEIER, J.; LIVINGSTON, C.J.; and WALKER, J.

 

DELIVERED: 
January 10, 2013









          [1]See
Tex. R. App. P. 47.4, 52.8(d).